**Ole SAVIOR, Appellant,**

v.

**Tim J. McGUIRE; J. Keith Moyer; Star Tribune; McClatchy Company, The; Gary B. Pruitt, Chairman CEO; Appellees.**

**No. 02–3350.**

United States Court of Appeals, Eighth Circuit.

Submitted April 16, 2003.

Decided April 22, 2003.

Before MORRIS SHEPPARD ARNOLD, BYE, and RILEY, Circuit Judges.

PER CURIAM.

Ole Savior appeals the district court's [1] dismissal of his complaint. Having care-

---

\* The Honorable Dean Whipple, Chief Judge, United States District Court for the Western District of Missouri.

1. The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

fully reviewed the record, we agree with the district court that Mr. Savior failed to state a First Amendment claim, *see Hudgens v. NLRB*, 424 U.S. 507, 513, 96 S.Ct. 1029, 47 L.Ed.2d 196 (1976), and that the remainder of his complaint did not state any viable federal claim. Accordingly, the district court did not abuse its discretion in dismissing any pending state-law claims. *See Labickas v. Ark. State Univ.*, 78 F.3d 333, 334–35 (8th Cir.) (per curiam), *cert. denied*, 519 U.S. 968, 117 S.Ct. 395, 136 L.Ed.2d 310 (1996). The court also did not abuse its discretion in denying Mr. Savior's motion to reconsider.

Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

A true copy.